# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| In re: | § | Case No. **09-14507-JH** |
| | § | |
| **GOINS, MORRIS** | § | Chapter **7** |
| **GOINS, SEMIN AKHTAR** | § | |
| | § | Judge: **HOPKINS** |
| Debtor(s). | § | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of $0.88 represent the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Duke Energy Shared Services, Inc.<br>EF367 - P.O. Box 960<br>Cincinnati OH 45273-9598 | 000013 | 0.79 |
| Greater Cincinnat Water Works<br>4747 Spring Grove Avenue<br>Cincinnati, OH 45232 | 000014 | 0.09 |

Dated: 4/9/10            /s/ Elliott Polaniecki
                                   Case Trustee

cc:    U.S. Trustee